# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

Bridget M. McCormack,
Chief Justice

160425

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DANIEL WILLIAM RUDD,
      Plaintiff-Appellant,

v

    SC:  160425
    COA:  340135
    Muskegon CC:  07-036874-DM

ANDREA JOY AVERILL, f/k/a
ANDREA JOY WAGENMAKER, f/k/a
ANDREA JOY RUDD,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the July 30, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020

Clerk

b0622